IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| LIBERTY COUNSEL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:17-CV-71 |
| ) | |
| GUIDESTAR USA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant GuideStar USA, Inc. ("GuideStar"), by counsel, hereby requests oral argument on GuideStar's Motion to Dismiss the Complaint (Dkt. #16) filed on July 24, 2017.

Respectfully submitted,

GUIDESTAR USA, INC.

By: /s/
Sona Rewari (VSB No. 47327)
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(703) 714-7512
(703) 918-4018 (facsimile)
srewari@hunton.com

Wendy C. McGraw (VSB No. 37880)
Gregory N. Stillman (VSB No.14308)
**HUNTON & WILLIAMS LLP**
500 East Main, Suite 1000
Norfolk, Virginia 23510
(757) 640-5300
(757) 625-7720 (facsimile)
gstillman@hunton.com
wmcgraw@hunton.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

        /s/
Sona Rewari (VSB No. 47327)
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(703) 714-7512
(703) 918-4018 (facsimile)
srewari@hunton.com

*Counsel for Defendant*