# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Newport News Division

**LIBERTY COUNSEL, INC.,**

      **Plaintiff,**

v.

                                               **Action No. 4:17cv71**

**GUIDESTAR USA, INC.,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Guidestar USA, Inc.'s Motion to Dismiss, ECF No. 16, is GRANTED.

DATED:                                             FERNANDO GALINDO, Clerk

1/23/2018

                                                        By       /s/      

                                                               C. Louis, Deputy Clerk